UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TYRONE NOEL NUNN,

                                    Plaintiff

        v.

UNIVERSITY MEDICAL CENTER, et al.,

                                    Defendants

Case No. 3:23-cv-00496-LRH-CLB

**ORDER**

## I.      DISCUSSION

On October 6, 2023, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a document purporting to be a motion for appointment of counsel and affidavit. (ECF No. 1-1).  Plaintiff did not file a complaint or an application to proceed *in forma pauperis* in this matter.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.   As such, the Court grants Plaintiff **until December 11, 2023**, to submit a complaint to this Court.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. Special R. 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev.

Loc. Special R. 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

The Court will grant Plaintiff an opportunity to file a complaint and a fully complete application to proceed *in forma pauperis* containing all three of the required documents, or in the alternative, pay the full $402 filing fee for this action on or before **December 11, 2023**.

**II.      CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **December 11, 2023**.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.  The Clerk of the Court will also send Plaintiff a copy of his motion for appointment of counsel and affidavit (ECF No. 1-1).

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that on or before **December 11, 2023**, Plaintiff will either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

///

///

///

///

///

1    Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

2   Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

3   to refile the case with the Court, under a new case number, when Plaintiff can file a

4   complaint and a complete application to proceed *in forma pauperis* or pay the required

5   filing fee.

6

7    DATED:  October 12, 2023

8

9                   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17   .

18

19

20

21

22

23

24

25

26

27

28